JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID SHENBAUM et al., | ) NO. 2:22-cv-08062-KS |
| Plaintiffs, | ) |
| v. | ) JUDGMENT |
| CITY OF MANHATTAN BEACH, | ) |
| Defendant. | ) |

Pursuant to the Court's Memorandum Opinion and Order, **IT IS ADJUDGED** that Defendant's motion for summary judgment is **GRANTED**, and this action is **DISMISSED WITH PREJUDICE**. All pending motions and deadlines are hereby terminated.

DATED: May 16, 2025

_____
HON. KAREN L. STEVENSON
CHIEF U.S. MAGISTRATE JUDGE