# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID SHENBAUM, an individual, and TIMOTHY O'BRIEN, an individual,<br><br>Plaintiffs,<br><br>v.<br><br>CITY OF MANHATTAN BEACH; and DOES 1-10,<br><br>Defendants. | [PROPOSED] AMENDED JUDGMENT<br><br>2:22-cv-08062-KS<br><br>Action Filed: January 17, 2023 |

Pursuant to the Court's Memorandum Opinion and Order (Dkt. No. 196), **IT IS ADJUDGED** that Defendant's motion for summary judgment is **GRANTED**, and this action is **DISMISSED WITH PREJUDICE**. All pending motions and deadlines are hereby terminated.

Pursuant to this Court's November 10, 2025 Order Granting in Part and Denying in Part Plaintiffs' Motion to Re-Tax Costs (Dkt. No. 221), and for good cause appearing, **IT IS ADJUDGED AND ORDERED** that Plaintiffs David Shenbaum and Timothy O'Brien shall take nothing by their Complaint, and that Defendant City of Manhattan Beach shall recover from Plaintiffs, who are jointly and severally liable, costs of suit in the amount of **$107,550.51**, as taxed by the Court.

DATED: December 5, 2025

_Karen L. Stevenson_
HON. KAREN L. STEVENSON
CHIEF U.S. MAGISTRATE JUDGE

[PROPOSED] AMENDED JUDGMENT